IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AJINOMOTO COMPANY, INC. )
15-1, Kyobashi )
1-chome, Chuo-ku )
Tokyo 104-8315 )
Japan )
 )
       Plaintiff, )
 )    CASE NUMBER 1:06CV01408
v. )
 )    JUDGE: Richard W. Roberts
THE NUTRASWEET COMPANY )
200 World Trade Center )    DECK TYPE: General Civil
The Merchandise Mart )
Suite 936 )    DATE STAMP: 08/08/2006
Chicago, IL 60654 )
 )
 )
       Defendant. )

## COMPLAINT

Plaintiff Ajinomoto Company, Inc. ("Ajinomoto"), by and through its attorneys, hereby files the following complaint against Defendant The Nutrasweet Company ("Nutrasweet"):

### Jurisdiction and Venue

1. This Court has jurisdiction of this action under 28 U.S.C. §1338(a) and 35 U.S.C. §146.

2. Venue is proper in this Court under 28 U.S.C. §1391(c).

### Parties

3. Plaintiff Ajinomoto is a Japanese corporation organized and existing under the laws of Japan and having its offices and principal place of business at 15-1, Kyobashi, 1-chome, Chuo-ku, Tokyo 104-8315 Japan.

4. Defendant Nutrasweet is a Delaware corporation with a place of business at 200 World Trade Center, The Merchandise Mart, Suite 936, Chicago, IL 60654.

6. On August 23, 1999, Ajinomoto filed U.S. Application Serial No. IFW 09/355,980 ("the '980 Application") directed to certain blends of neotame, a type of sweetener, with aspartame and/or acesulfame potassium.

7. Ajinomoto claimed the benefit of international patent application PCT/JP97/03500 filed October 1, 1997, and Japanese patent applications JP 9/54582 filed on March 10, 1997, and JP 9/54583 also filed on March 10, 1997.

8. At the time the Decision complained of, Ajinomoto was the owner of the '980 application.

9. On January 25, 1999, Nutrasweet filed U.S. Application Serial No. 09/236,353 directed to neotame synergistic blends.

10. On April 11, 2000, the United States Patent and Trademark Office issued U.S. Patent No. 6,048,999 ("the '999 patent") from U.S. Application Serial No. 09/236,353.

11. At the time of the Decision complained of, Nutrasweet was the owner of the '999 patent.

12. On July 30, 2004, the Board declared Interference No. 105,246 between claims 1-32 of the '999 patent and claims 15-40 of the '980 application.

13. On June 9, 2006, the Board issued a Final Decision holding, *inter alia*, that there was an interference in fact between the claims of the '980 Application and the claims of the '999 patent designated as corresponding to the count; that claims 15-40 of Ajinomoto's '980 application are unpatentable due to obviousness; that Ajinomoto's '980 application is not entitled to the benefit of the filing dates of Japanese patent application nos. JP 9/54582 and JP 9/54583 and international patent application no. PCT/JP97/03500; that substitute count A1 should not be substituted for the count of the interference; that claims 15-39 of the '980 Application are

properly designated as corresponding to the count of the interference; and that claims 1-32 of the '999 patent meet the patentability requirements of 35 USC 112.

14. Plaintiff has been damaged and irreparably harmed by the Board's Decision which was erroneous in both fact and law.

## Substantive Averment

15. Ajinomoto was a party to interference No. 105,246, and it is dissatisfied with the decision of the Board of Patent Appeals and Interferences in that interference.

WHEREFORE, Plaintiff prays this Court:

A.  Issue judgment reversing the Board's holding that Ajinomoto is not entitled to a patent containing claims 15-40 of the '980 Application;

B.  Issue judgment reversing the Board's holding that claims 15-40 of Ajinomoto's '980 application are unpatentable due to obviousness

B.  Issue judgment reversing the Board's holding that there exists an interference in fact between the claims of the '980 Application and the claims of the '999 patent designated as corresponding to the count.

C.  Issue judgment reversing the Board's holding that Claims 15-41 of the '980 Application are not entitled to the benefit of the filing dates of international patent application no. PCT/JP97/03500 and Japanese patent applications nos. JP 9/54582 and JP 9/54583.

D.  Issue judgment reversing the Board's holding that substitute count A1 should not be substituted for the count of the interference.

E.  Issue judgment reversing the Board's holding that claims 15-39 of the '980 Application are properly designated as corresponding to the count of the interference.

    F.    Issue judgment reversing the Board's holding that claims 1-32 of the '999 patent meet the patentability requirements of 35 USC 112.

    G.    Award Plaintiff costs, expenses, and reasonable attorneys' fees for this action; and

    H.    Award Plaintiff such other and further relief as the Court may deem just and proper.

Respectfully submitted,

August 8, 2006

Robert C. Nissen  (D.C. Bar No. 455576)
Oblon, Spivak, McClelland
  Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

*Attorneys for Plaintiff*
*Ajinomoto Co., Inc.*