IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| AJINOMOTO COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER 1:06CV01408 |
| v. ) | |
| ) | JUDGE: Richard W. Roberts |
| THE NUTRASWEET COMPANY, ) | DECK TYPE: General Civil |
| ) | |
| Defendant. ) | DATE STAMP: 08/08/2006 |

### Certificate Required By LCv R 7.1

I, the undersigned, counsel of record for Ajinomoto Company, Inc. ("Ajinomoto"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Ajinomoto which have any outstanding securities in the hands of the public: see Tab 1, hereto. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

August 8, 2006

Robert C. Nissen (D.C. Bar No. 455576)
Oblon, Spivak, McClelland
  Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

*Attorneys for Plaintiff*
*Ajinomoto Co., Inc.*

Source: Find a Source > Directory of Corporate Affiliations(TM)
Terms: (LexisNexis Provided Search)

*Directory of Corporate Affiliations.,, Ajinomoto Company, Inc.*

Copyright 2006 Reed Elsevier Inc. All rights reserved.
Published by National Register Publishing.
Directory of Corporate Affiliations

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*HIERARCHY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
(LEVEL) COMPANY

- (P) ♦ Ajinomoto Company, Inc. (Parent), Tokyo, Japan
  - (1) ♦ Ajinomoto U.S.A., Inc. (Subsidiary), Paramus, NJ
    - (2) ♦ Ajinomoto AminoScience LLC (Subsidiary), Raleigh
    - (2) ♦ Ajinomoto Frozen Foods U.S.A., Inc. (Subsidiary), Portland
    - (2) ♦ Ajinomoto Heartland LLC (Subsidiary), Chicago
    - (2) ♦ Ajinomoto Pharmaceuticals USA, Inc. (Subsidiary), Paramus
  - (1) ♦ A.I.F. Investments Pte. Ltd. (Subsidiary), Singapore, Singapore
  - (1) ♦ Ajinomoto Alimentos Ltda. (Subsidiary), Sao Paulo, Brazil
  - (1) ♦ Ajinomoto Betagro Frozen Foods (Thailand) Co., Ltd. (Subsidiary), Bangkok, Thailand
  - (1) ♦ Ajinomoto Bioitalia S.p.A. (Subsidiary), Bottrighe, Italy
  - (1) ♦ Ajinomoto Biolatina Industria e Comercio Ltda. (Subsidiary), Sao Paulo, SP, Brazil
  - (1) ♦ Ajinomoto Calpis Beverage (Thailand) Co., Ltd. (Subsidiary), Ayutthaya, Thailand
  - (1) ♦ Ajinomoto (China) Co., Ltd. (Subsidiary), Beijing, China
  - (1) ♦ Ajinomoto Co., (Hong Kong) Ltd. (Subsidiary), Hong Kong, China (Hong Kong)
  - (1) ♦ Ajinomoto Co., Inc. (Subsidiary), Taipei, Taiwan
  - (1) ♦ Ajinomoto Co., (Thailand) Ltd. (Subsidiary), Bangkok, Thailand
  - (1) ♦ Ajinomoto del Peru S.A. (Subsidiary), Lima, Peru
  - (1) ♦ Ajinomoto Euro-Aspartame S.A. (Subsidiary), Gravelines, France
  - (1) ♦ Ajinomoto Eurolysine (Subsidiary), Paris, Cedex, France

06 1408 FILED AUG - 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

Search - 1 Result - (LexisNexis Provided Search) Page 2 of 3
Case 1:06-cv-01408-RWR   Document 2   Filed 08/08/2006   Page 3 of 6

- (1) ◆ <u>Ajinomoto Europe S.A.S</u> (Subsidiary), Paris, Cedex, France
- (1) ◆ <u>Ajinomoto Foods Deutschland GmbH</u> (Subsidiary), Hamburg, Germany
- (1) ◆ <u>Ajinomoto-Genetika Research Institute</u> (Subsidiary), Moscow, Russia
- (1) ◆ <u>Ajinomoto Indonesia PT</u> (Subsidiary), Jakarta, Indonesia
- (1) ◆ <u>Ajinomoto Interamericana Industria e Comercio Ltda.</u> (Subsidiary), Sao Paulo, SP, Brazil
- (1) ◆ <u>Ajinomoto Lianhua Amino Acid Co., Ltd.</u> (Subsidiary), Xiangcheng, Henan, China
- (1) ◆ <u>Ajinomoto (Malaysia) Berhad</u> (Subsidiary), Kuala Lumpur, Malaysia
- (1) ◆ <u>Ajinomoto Pharmaceuticals Europe Ltd.</u> (Subsidiary), London, United Kingdom
- (1) ◆ <u>Ajinomoto Philippines Corporation</u> (Subsidiary), Makati, Metro Manila, Philippines
- (1) ◆ <u>Ajinomoto Poland Sp. z o.o.</u> (Subsidiary), Warsaw, Poland
- (1) ◆ <u>Ajinomoto (Singapore) Pte. Ltd.</u> (Subsidiary), Singapore, Singapore
- (1) ◆ <u>Ajinomoto Switzerland A.G.</u> (Subsidiary), Zug, Switzerland
- (1) ◆ <u>Ajinomoto Vietnam Co., Ltd.</u> (Subsidiary), An Bien, Dong Nai, Vietnam
- (1) ◆ <u>Ajitrade Pte. Ltd.</u> (Subsidiary), Singapore, Singapore
- (1) ◆ <u>California Manufacturing Co., Inc.</u> (Subsidiary), Paranaque, Metro Manila, Philippines
- (1) ◆ <u>Chuanhua Ajinomoto Co., Ltd.</u> (Subsidiary), Chengdu, Sichuan, China
- (1) ◆ <u>Forum Bioscience (Holdings) Ltd.</u> (Subsidiary), Redhill, Surrey, United Kingdom
- (1) ◆ <u>Fuji Ace Co., Ltd.</u> (Subsidiary), Bangkok, Thailand
- (1) ◆ <u>Lianhua Ajinomoto Co., Ltd.</u> (Subsidiary), Xiangcheng, Henan, China
- (1) ◆ <u>Malaysia Packaging Industry Berhad</u> (Subsidiary), Kuala Lumpur, Malaysia
- (1) ◆ <u>P.T. Ajinomoto Indonesia</u> (Subsidiary), Jakarta, Indonesia
- (1) ◆ <u>S.A. Ajinomoto Omnichem N.V.</u> (Subsidiary), Louvain-la-Neuve, Belgium
- (1) ◆ <u>Shanghai Ajinomoto Amino Acid Co., Ltd.</u> (Subsidiary), Shanghai, China
- (1) ◆ <u>Taiso Commerce, Inc.</u> (Subsidiary), Taipei, Taiwan
- (1) ◆ <u>Wan Thai Foods Industry Co., Ltd.</u> (Subsidiary), Bangkok, Thailand

http://www.lexis.com/research/retrieve?_m=161923f7321dc95434be4c59fd7c2413&csvc=b...   8/8/2006

- 
  - (1) ♦ <u>West African Seasoning Co., Ltd.</u> (Subsidiary), Lagos, Nigeria
  - (1) ♦ <u>Lianyungang Ajinomoto Ruyi Foods Co., Ltd.</u> (Joint Venture), Lianyungang, Jiangsu, China

- ♦ <u>All in Hierarchy</u>

- Previous Step

**LOAD-DATE:** July 31, 2006

Source: <u>Find a Source</u> > **Directory of Corporate Affiliations(TM)**
Terms: **(LexisNexis Provided Search)**
View: Full
Date/Time: Tuesday, August 8, 2006 - 8:53 AM EDT

**LexisNexis®**  About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.



## Domestic Network

- ● Head Office
- ○ Branch Offices
- ○ Regional Branch Offices & Other Sales Facilities
- ● Administration & Coordination Office, Laboratories and Centers
- ■ Group Companies



Head Office (Tokyo)

**Tokyo**
- ● Tokyo Branch
- ● National Account Sales Dept.
- ● Logistics Planning Dept.
- ■ Ajinomoto Bakery Co., Ltd.
- ■ Gaban Co., Ltd.
- ■ J-OIL MILLS, INC.
- ■ Calpis Co., Ltd.
- ■ Calpis Ajinomoto Danone Co., Ltd.
- ■ Ajinomoto-Takara Corporation
- ■ Kawaden Fine Chemicals Co., Ltd.
- ■ Ajinomoto Pharma Co., Ltd.
- ■ Shimadaya Corporation
- ■ Showa Yakuhin Kako Co., Ltd.
- ■ AJINOMOTO LOGISTICS CORPORATION
- ■ Ajinomoto Engineering Corporation
- ■ Ajinomoto Communications Inc.
- ■ Ajinomoto Frozen Foods Co., Inc.
- ■ Ajinomoto General Foods, Inc.
- ■ Ajinomoto Trading, Inc.
- ■ Ajinomoto Treasury Management, Inc.
- ■ Aji-Estates Co., Inc.

**Kawasaki**
- ● Food Service Dept.
- ● Intellectual Property Center
- ● Technology & Engineering Center
- ● Institute of Life Sciences
- ● Research Institute for Health Fundamentals
- ● Kawasaki Administration & Coordination Office (Plant)
- ● Food Research & Development Laboratories
- ● Food Products Development Center
- ● AminoScience Laboratories
- ● Fermentation & Biotechnology Laboratories
- ● Pharmaceutical Research Laboratories
- ● International Production & Technology Center
- ■ Knorr Foods Co., Ltd.
- ■ Ajinomoto Packaging Co., Ltd.
- ■ Ajinomoto Fine-Techno Co., Ltd.
- ■ Ajinomoto System Techno Corporation



- Kyushu Branch / ●Kyushu Administration & Coordination Office (Plant) / Kyushu Plant
- Chugoku Branch
- Shikoku Branch / Osaka Branch
- Tokai Administration & Coordination Office (Plant) / Nagoya Branch / Shimizu Pharmaceutical Co., Ltd. / Delica Ace Co., Ltd. / Kanto Branch / Nippon Protein Co., Ltd. / ●Head Office
- Hokuriku Branch
- Tohoku Branch
- ■ Hokkaido Ajinomoto Co., Inc.
- Okinawa Ajinomoto Co., Inc.
- Tokai Plant

26

## Major Domestic Subsidiaries and Affiliates



Ajinomoto Group (Japan)

- Processed Foods
  - Knorr Foods Co., Ltd.
  - Delica Ace Co., Ltd.
  - Shimadaya Corporation
  - Ajinomoto Bakery Co., Ltd.
  - Gaban Co., Ltd.
  - Ajinomoto Frozen Foods Co., Inc.
- Edible Oils
  - J-OIL MILLS, INC.
- Beverages & Dairy Products
  - Ajinomoto General Foods, Inc.
  - Calpis Co., Ltd.
  - Calpis Ajinomoto Danone Co., Ltd.
- AminoScience
  - Nippon Protein Co., Ltd.
  - Ajinomoto Fine-Techno Co., Ltd.
  - Kawaken Fine Chemicals Co., Ltd.
  - JINO Co., Ltd.
- Pharmaceuticals
  - Ajinomoto Pharma Co., Ltd.
  - Shimizu Pharmaceutical Co., Ltd.
  - Showa Yakuhin Kako Co., Ltd.
- Other
  - AJINOMOTO LOGISTICS CORPORATION
  - Ajinomoto Packaging Co., Inc.
  - Ajinomoto Engineering Corporation
  - Ajinomoto System Techno Corporation
  - Ajinomoto Communications Inc.
  - Ajinomoto Trading, Inc.
  - Ajinomoto Treasury Management, Inc.
  - Aji-Estates Co., Inc.
  - Okinawa Ajinomoto Co., Inc.
  - Hokkaido Ajinomoto Co., Inc.

*Domestic consolidated subsidiaries, and subsidiaries and affiliates accounted for by the equity method: 51 companies (including Ajinomoto Co., Inc.) (As of June 30, 2004)


Hokkaido Ajinomoto Co., Inc.


Okinawa Ajinomoto Co., Inc.


Ajinomoto System Techno Corporation


Ajinomoto Packaging Co., Inc.


AJINOMOTO LOGISTICS CORPORATION (See venue)

Ajinomoto Fine-Techno Co., Ltd. (Amagizaki activated carbon)

Knorr Foods Co., Ltd.