IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AJINOMOTO COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Action No. 1:06cv1408RWR |
| ) | |
| THE NUTRASWEET COMPANY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Ajinomoto Company, Inc. ("Ajinomoto") respectfully notifies the Court of its decision to voluntarily withdraw the complaint and amended complaint ("the complaints") in the above-captioned litigation. Ajinomoto has not served, and will not serve, the complaints on Defendant The Nutrasweet Company. The time period for service of the complaints expires on Wednesday, December 6, 2006.

Respectfully submitted,

December 5, 2006

 /s/ Robert C. Nissen
Robert C. Nissen  (D.C. Bar No. 455576)
Oblon, Spivak, McClelland
 Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

*Attorneys for Plaintiff*
Ajinomoto Co., Inc.